■ In the Matter of KIRK K. GILLUMS, Petitioner, v GARY FILION, as Superintendent of Marcy Correctional Facility, Respondent. [703 NYS2d 777] —Proceeding unanimously dismissed without costs as moot (*see, Matter of Free v Coombe,* 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Oneida County, Shaheen, J.) Present—Hayes, J. P., Hurlbutt, Balio and Lawton, JJ.